IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CAPPS COLLEGE, INC.,         )
et al.,                      )
                             )
     Plaintiffs,             )
                             )        CIVIL ACTION NO.
     v.                      )         2:17cv567-MHT
                             )            (WO)
ELIZABETH FRENCH, in her     )
official capacity as         )
Director of the Office       )
of Institutional             )
Effectiveness and            )
Planning, et al.,            )
                             )
     Defendants.             )

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 33), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of August, 2018.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE